**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHARLA EDDENS-WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) Case No. 19-1306-JWL |
| SHELTER MUTUAL INSURANCE | ) |
| COMPANY, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AGREED ORDER FOR INSPECTION AND REPRODUCTION OF MEDICAL AND EMPLOYMENT RECORDS AND PROTECTED HEALTH INFORMATION PURSUANT TO STATE AND FEDERAL LAW (HIPAA) AND NOTIFICATION OF WAIVER OF PHYSICIAN-PATIENT PRIVILEGE**

TO: *All Hospitals, Clinics, Pharmacies, Physicians, Psychiatrists, Psychologists, Therapists, Governmental Agencies (State and Federal); All Other Medical Institutions, Practitioners, Health Care Providers; and All Employers, Past and Present*

You are hereby authorized pursuant to the laws of Kansas and applicable federal law, including but not limited to the Health Insurance Portability and Accountability Act (HIPAA), to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit **any and all** medical and employment records of any type or nature whatsoever and/or any protected health information within your care, custody, or in any manner concerning **CHARLA EDDENS-WILSON**.

Medical documents and protected health information subject to this Order include but are not limited to the entire medical chart <u>cover to cover</u> (including but not limited to any and all medical records from other health care providers and any and all correspondence); radiological films; monitoring strips of any kind; billing and payment records; prescriptions; test results; any and all records related to HIV testing, HIV status, AIDS or sexually transmitted diseases; any and

all records related to the diagnosis and treatment of mental, alcoholic, drug dependency, or emotional condition; psychotherapy notes that are part of the medical record.

Unless specifically excluded by this Order, all medical records and protected health information in your possession regarding the person noted above may be included.

With respect to employment records, such records include but are not limited to all materials contained in the employee's personnel file cover to cover; wage, payment, salary and tax information; performance evaluations; job applications; workers compensation records and any other records pertaining to injuries incurred by the employee; any and all work releases or restrictions; any protected health information in the employer's records.

You are further notified that, pursuant to federal law and the rules of the District of Kansas, counsel for the Defendant is hereby authorized to talk with **CHARLA EDDENS-WILSON's** treating physicians or other health care providers, without counsel or the parties, including the Plaintiff, being present or participating, provided the health care provider consents to the interview. This is based on the Court's finding that the Plaintiff has made a claim for personal injuries, and in filing this lawsuit has waived any privilege existing between the patient and health care provider.

Said inspection and reproduction may be requested by any attorney of record herein as set forth below, and all clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction or interview.

This Order complies with HIPAA federal standards for privacy of individually identifiable health information, 45 C.F.R. Parts 160 and 164. This Order further allows the disclosure of (1) information regarding diagnosis of, treatment for and general status relating to HIV and AIDS pursuant to K.S.A. 65-6001 *et seq.*; and (2) information regarding diagnosis and treatment of

mental, alcoholic, drug dependency and emotional condition pursuant to K.S.A. 65-5601 *et seq.* and 42. C.F.R. part 2.

This Order shall be effective throughout the pendency of this action.

Dated this 10th day of February, 2020.

/s James P. O'Hara
U.S. Magistrate Judge

APPROVED:

**BRAD PISTOTNIK LAW, PA**
10111 E. 21st Street North, Suite 204
Wichita, KS 67206
316-684-4400
316-684-4405 (f)
brad@bradpistotniklaw.com
Corey@bradpistotniklaw.com

*/s/ J. Corey Sucher*
Bradley A. Pistotnik #10626
J. Corey Sucher, #27789
*Attorneys for Plaintiff*


**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-267-6371
866-346-2031 (f)
mnorton@foulston.com

*/s/ Michael J. Norton*
Michael J. Norton, KS #18732
*Attorneys for Defendant*