UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHARLA EDDENS-WILSON,

    Plaintiff,

    v.

    Case No. 19-1306-JWL

SHELTER MUTUAL INSURANCE
COMPANY,

    Defendant.

## AMENDED SCHEDULING ORDER

Defendant has filed an unopposed motion (ECF No. 23) to amend the scheduling order entered on February 19, 2020 (ECF No. 17). For good cause shown, the motion is granted, but with modifications to the proposed deadlines to account for the court's scheduling preferences.[1] The scheduling order is amended as follows:

    a)    Mediation shall be held no later than **August 18, 2020.**

    b)    All discovery shall be commenced or served in time to be completed by **September 22, 2020.**

---

[1] The court finds it most efficient for discovery to be completed prior to submission of a proposed pretrial order. In addition, the court must leave adequate time between submission of dispositive motions and the trial date to ensure the motions are ruled sufficiently in advance of trial.

O:\SCHEDULINGORDERS\19-1306-JWL-23-ASO.DOCX

c) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **July 6, 2020.** Disclosures and reports by any rebuttal experts are due by **July 28, 2020**.

d) The parties shall complete all Fed. R. Civ. P. 35 physical or mental examinations by **June 9, 2020.**

e) The final pretrial conference is rescheduled from August 21, 2020, to **October 6, 2020, at 11:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **September 28, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

f) In order to preserve the trial date earlier set by the court, the deadline for filing all other potentially dispositive motions and motions challenging admissibility of expert testimony is **October 16, 2020.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 9, 2020, at Kansas City, Kansas.

s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge